| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kinkeade, James E. | 2. Court or Organization Northern District of Texas | 3. Date of Report 05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

7. Chambers or Office Address

U. S. District Court
1100 Commerce St., Room 1625
Dallas, TX 75242

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Rio Viga, LLC |
| 2. | Trustee | Baylor Scott & White Holdings |
| 3. | Trustee (ex officio - not voting) | Baylor Medical Center - Irving |
| 4. | Adjunct Professor | Baylor University School of Law |
| 5. | Board Member (ex officio - not voting) | State Bar of Texas |
| 6. | Board Member | Canine Companions for Independence (CCI) |
| 7. | Member | 222 Clay Street, LLC |
| 8. | Independent Executor | Estate of Gaye Ruth Kinkeade |
| 9. | Member | 101 Main, LLC |
| 10. | Member | 300 Clay Avenue, LLC |
| 11. | Member | 515 N. Britain Rd., LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kinkeade, James E.** | 05/15/2017 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/16 | Teaching classes at Baylor University School of Law |
| 2. 09/01/01 | State of Texas - Employee Retirement Benefits |
| 3. 01/01/90 | Dallas County - Employee Retirement Benefits |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | West Services, Inc. - Royalty Income | $6,144.32 |
| 2. 2016 | National Institute for Trial Advocacy - Royalty Income | $644.68 |
| 3. 2016 | State of Texas Judicial Retirement System | $72,408.96 |
| 4. 2016 | Baylor University Law School - teaching | $26,955.00 |
| 5. 2016 | Texas County & District Retirement System | $24,154.08 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Teacher Retirement System of Texas |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baylor Scott & White Holdings | 02/17/16-02/19/16 | Scottsdale, AZ | Board Meeting | hotel, transportation, meals |
| 2. | Baylor Scott & White Holdings | 03/03/16-03/05/16 | Santa Rosa, CA | Board Meeting of CCI | hotel, transportation, meals |
| 3. | Baylor Scott & White Holdings | 04/07/16-04/08/16 | Frisco, TX | Board Meeting | hotel, meals |
| 4. | Baylor Scott & White Holdings | 06/02/16-06/04/16 | Santa Rosa, CA | Board Meeting of CCI | hotel, transportation, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kinkeade, James E. | 05/15/2017 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | Baylor Scott & White Holdings | 06/23/16-06/24/16 | Dallas, TX | Board Meeting | meals |
| 6. | Baylor University School of Law | 07/18/16-08/09/16 | St. Andrew, Scotland | Teaching law school course | hotel, transportation, meals |
| 7. | Baylor Scott & White Holdings | 09/29/16-09/30/16 | Waco, TX | Board Meeting | meals |
| 8. | Baylor Scott & White Holdings | 10/06/16-10/08/16 | Santa Rosa, CA | Board Meeting of CCI | hotel, transportation, meals |
| 9. | Baylor Scott & White Holdings | 12/15/16-12/16/16 | Dallas, TX | Board Meeting | meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | International Bank | Mortgage on Rental Property #5 | K |
| 2. | Bank of the West | Mortgage on Rental Property #6 | O |
| 3. | Bank of the West | Mortgage on Rental Property #8 | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Dallas County, TX | E | Rent | M | W | | | | | |
| 2. Rental Property #2, P-K, Dallas County, TX | D | Rent | M | W | | | | | |
| 3. Rental Property #3, P-K, Dallas County, TX | D | Rent | M | W | | | | | |
| 4. Rental Property #4, Dallas County, TX | D | Rent | L | W | | | | | |
| 5. Rental Property #5, | B | Rent | M | W | | | | | |
| 6. Rental Property #6, McLennan County, TX | G | Rent | P1 | U | | | | | |
| 7. Bank of America | A | Interest | J | T | | | | | |
| 8. Bank of the West | A | Interest | N | T | | | | | |
| 9. Estate #1 (H) | | | | | | | | | |
| 10. - Rental Property #7, Kaufman County, TX | B | Rent | N | W | | | | | |
| 11. Rental Property #8, McLennan County, TX (X) | F | Rent | P1 | U | | | | | |
| 12. Business Storage Bldg (Sept. 2016), Dallas County, TX (X) | | None | L | W | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James E. Kinkeade

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544